**DISMISS; Opinion Filed June 4, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00301-CV

## HI-TECH PRECIOUS METALS & REFINERY, LLC, Appellant

## V.

## HAROLD DEWAYNE FRIEND AND HARLAN RANDOLPH FRIEND, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03171**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice Moseley

By motion filed May 23, 2014, appellant informs us the parties have settled the matters at

issue and move to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a).

/Jim Moseley/
JIM MOSELEY
140301F.P05                                             JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HI-TECH PRECIOUS METALS &
REFINERY, LLC, Appellant

No. 05-14-00301-CV       V.

HAROLD DEWAYNE FRIEND AND
HARLAN RANDOLPH FRIEND,
Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-03171.
Opinion delivered by Justice Moseley.
Justices O'Neill and FitzGerald
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellees Harold Dewayne Friend and Harlan Randolph Friend recover their costs, if any, of this appeal from appellant Hi-Tech Precious Metals & Refinery, LLC.

Judgment entered this 4th day of June, 2014.

/Jim Moseley/
JIM MOSELEY
JUSTICE

–2–